UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| PRATTHANA ANSPACH, | ) | CIV. 10-5080-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| UNITED OF OMAHA LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint motion to dismiss (Docket 103), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated April 12, 2013.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE